IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**BRAYDEN JEMAR SANDERS,**

    **Plaintiff,**

    v.                                                                      CASE NO.  25-3101-JWL

**ASHLEY SQUIRES, et al.,**

    **Defendants.**

## MEMORANDUM AND ORDER

    Plaintiff brings this pro se civil rights action under 42 U.S.C. § 1983.  At the time of filing, Plaintiff was in custody at the Sumner County Jail in Wellington, Kansas ("SCJ").  The Court granted Plaintiff leave to proceed in forma pauperis. (Doc. 3.)  The Court's order granting leave to proceed in forma pauperis (Doc. 7) was delivered to Plaintiff at his address of record—the SCJ—and was returned as undeliverable, with a notation that Plaintiff is no longer at the SCJ. (Doc. 8.)  On July 3, 2025, the Court entered an Order to Show Cause (Doc. 9) ("OSC"), ordering Plaintiff to show good cause why this matter should not be dismissed without prejudice for failure to prosecute.  The deadline to respond to the OSC was July 25, 2025.  The OSC was returned as undeliverable. (Doc. 10.)

    Rule 41(b) of the Federal Rules of Civil Procedure "authorizes a district court, upon a defendant's motion, to order the dismissal of an action for failure to prosecute or for failure to comply with the Federal Rules of Civil Procedure or 'a court order.'"  *Young v. U.S.*, 316 F. App'x 764, 771 (10th Cir. 2009) (citing Fed. R. Civ. P. 41(b)).  "This rule has been interpreted as permitting district courts to dismiss actions *sua sponte* when one of these conditions is met."  *Id*. (citing *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630–31 (1962); *Olsen v. Mapes*, 333 F.3d 1199, 1204 n.3 (10th Cir. 2003)).  "In addition, it is well established in this circuit that a district court is

not obligated to follow any particular procedures when dismissing an action *without prejudice* under Rule 41(b)." *Young*, 316 F. App'x at 771–72 (citations omitted).

Plaintiff has failed to provide the Court with a Notice of Change of Address and has failed to respond to the OSC by the Court's deadline.

**IT IS THEREFORE ORDERED THAT** this matter is **dismissed without prejudice** under Fed. R. Civ. P. 41(b).

**IT IS SO ORDERED**.

Dated July 29, 2025, in Kansas City, Kansas.

                                       **S/ John W. Lungstrum**
                                       **JOHN W. LUNGSTRUM**
                                       **UNITED STATES DISTRICT JUDGE**